# United States Court of Appeals
## For the First Circuit

No. 02-2204

HAROLD METTS; JEAN WIGGINS; BRYAN EVANS; STEPHANIE CRUZ;
URBAN LEAGUE; NAACP - PROVIDENCE;
BLACK AMERICAN CITIZENS POLITICAL ACTION COMMITTEE,

Plaintiffs, Appellants,

v.

WILLIAM J. MURPHY, Speaker of the House of Representatives;
ROGER N. BEGIN, in his official capacity as State Board of
Elections Chairman; MATTHEW A. BROWN, Secretary of State;
JOSEPH A. MONTALBANO, Senate Majority Leader,

Defendants, Appellees,

DONALD L. CARCIERI, Governor;
CHARLES FOGARTY, Lt. Governor and
Presiding Officer of the Senate,

The opinion of this Court issued on October 28, 2003, is
amended as follows:

On page 2, line 11, replace "<u>Bernado</u>" with "<u>Bernardo</u>"